UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 22  A 8:00
DISTRICT COURT
HARTFORD CT

THOMAS M. SMITH,

    Plaintiff,

v.                                    CASE NO. 3:03CV534 (RNC)

CONSOLIDATED RAIL CORP., ET AL.,

    Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Joan G. Margolis</u> for the following:

_X_   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

_X_   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_   To conduct settlement conferences (orefmisc./cnf);

___   To conduct a prefiling conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___   A ruling on the following pending motions (orefm.):_____

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 21 day of October 2003.



Robert N. Chatigny
United States District Judge