UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Chambers Room 303

October 21, 2003

10:00 A.M.

*Held 9:50 - 11:10 AM*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY ARE
UNABLE TO ATTEND THE CONFERENCE

3-03-cv-534   (RNC) Smith v Consolidated Rail
----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Charles A. Deluca | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Michael B. Flynn | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| Robert O. Hickey | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| ✓ Lori A. McCarthy | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |
| ✓ Robert T. Naumes | Thornton, Early & Naumes, 100 Summer St., 30th Fl., Boston, MA 617-720-1333 |
| ✓ Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Robert J. Sweeney | Early, Ludwick & Sweeney, 265 Church St., 11th Fl. PO Box 1866, New Haven, CT 203-777-7799 |
| John E. Young IV | Flynn & Associates, PC, 189 State St. Sixth Floor, Boston, MA 617-722-8253 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK