UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS M. SMITH, : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:03CV534(RNC) |
| CONSOLIDATED RAIL CORP., ET AL., : | |
| Defendants. : | |

ORDER

Pursuant to the tailored scheduling order of July 17, 2003, a joint trial memorandum was due to be filed on or before September 3, 2004. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before October 26, 2004, together with a memorandum explaining with it was not filed in a timely manner.

So ordered.

Dated at Hartford, Connecticut this      day of October 2004.

/s/RNC
Robert N. Chatigny
United States District Judge