UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT -5  A 10: 35

U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS M. SMITH,

    Plaintiff,

v.      CASE NO. 3:03CV534(RNC)

CONSOLIDATED RAIL CORP., ET AL.,

    Defendants.

### ORDER

Pursuant to the tailored scheduling order of July 17, 2003, a joint trial memorandum was due to be filed on or before September 3, 2004. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before October 26, 2004, together with a memorandum explaining with it was not filed in a timely manner.

So ordered.

Dated at Hartford, Connecticut this 5 day of October 2004.

Robert N. Chatigny

---

October    , 2004.

Thomas M. Smith v. Consolidated Rail Corp., et al.,
Case Number 3:03CV534(RNC)

Re: Order [doc. #20]

The Order issued October 5, 2004, requiring parties to file a joint trial memorandum on or before October 26, 2004, is hereby vacated. So ordered.

Robert N. Chatigny  U.S.D.J.