UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (NEW HAVEN)

------------------------------------------------------X
THOMAS M. SMITH

        PLAINTIFF,

        -against-

CONSOLIDATED RAIL CORP.

        DEFENDANT,
------------------------------------------------------X

CIVIL ACTION NO.:
3:03 CV 534 RNC

FILED
2005 MAR 11  P 1:48
U.S. DISTRICT COURT
NEW HAVEN, CT

STIPULATION OF DISMISSAL

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs.

DATED: 3-1-05     By: _____
Robert T. Naumes
Attorney for Plaintiff
Thornton & Naumes LLP
100 Summer St., 30th Fl.
Boston, MA 02110
617-720-1333

By: _____
John E. Young, IV
Flynn & Associates
400 Crown Colony, Suite 200
Quincy, MA 02169
617-773-5510